AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Aycock, Sharion | U. S. District Court, Northern Mississippi | 07/31/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT COURT JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

301 W. Commerce Street, Rm 321
P O Box 847
Aberdeen, MS 39730-0847

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST # 3 |
| 2. | PRESIDENT | RICHARDSON DEVELOPMENT CO INC |
| 3. | DIRECTOR | RICHARDSON DEVELOPMENT CO INC |
| 4. | DIRECTOR | DARRELL HARP ENTERPRISES INC |
| 5. | DIRECTOR | TREMONT DEVELOPMENT CO INC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1984 | MS PERS RETIREMENT ACCOUNT |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2017 | Darrell Harp Enterprises, Inc. - Wages | $4,515.00 |
| 2. 2017 | Trust # 3 is a life insurance trust which owns only term life insurance. there is no surrender value or income to report related to this trust. | $0.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 07/31/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First American National Bank | Note on commercial building, Tupelo, MS | N |
| 2. | Trustmark National Bank | Note on rental house - Fulton, MS | L |
| 3. | Trustmark National Bank | Note on vacation condominium - Starkville, MS | M |
| 4. | Bancorpsouth | 1/3 liability on property owned in partnership-ABA Timber Management | K |
| 5. | First Bank | 1/3 liability on property owned in partnership-BAAAR Timber Management | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANCORPSOUTH COMMON STOCK | A | Dividend | K | T | | | | | |
| 2. DARRELL HARP ENT INC | E | Distribution | N | U | | | | | |
| 3. 4A INVESTMENT CO | A | Interest | L | T | | | | | |
| 4. PROPERTY 1, Calhoun Co, MS | C | Interest | L | W | | | | | |
| 5. MS DEFERRED COMP COMPENSATION CO | | None | M | T | | | | | |
| 6. DRUG STORE RENTAL-A/C, Red Bay, Franklin, AL | C | Rent | L | W | | | | | |
| 7. Simple IRA (Oppenheimer Funds) | | | | | | | | | |
| 8. -Rising Dividends Fund A | A | Dividend | J | T | | | | | |
| 9. -Equity Income Fund A | A | Dividend | J | T | | | | | |
| 10. -Global Strategic Income Fund A | A | Dividend | J | T | | | | | |
| 11. -International Bond Fund A | A | Dividend | J | T | | | | | |
| 12. -International Growth Fund A | A | Dividend | J | T | | | | | |
| 13. MET-LIFE Policyholder Trust | A | Dividend | K | T | | | | | |
| 14. IRA #1 | | | | | | | | | |
| 15. -Capital World G & I Fund, American Funds-SA | A | Dividend | J | T | | | | | |
| 16. -American Balanced Fund, American Funds-SA | A | Dividend | K | T | | | | | |
| 17. -Growth Fund of America, Americanfunds | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -New World Fund, American Funds | A | Dividend | J | T | | | | | |
| 19. Brokerage account #1 | | | | | | | | | |
| 20. -CAPITAL INC BUILDER FUND-RA | A | Dividend | J | T | | | | | |
| 21. -FUNDAMENTAL INVESTORS FUND-RA | A | Dividend | J | T | | | | | |
| 22. -GROWTH FUND OF AMERICA-RA | A | Dividend | J | T | | | | | |
| 23. -Europacific Growth Fund CL A | A | Dividend | J | T | | | | | |
| 24. -Apple Inc | A | Dividend | K | T | | | | | |
| 25. -BCE, Inc | B | Dividend | K | T | | | | | |
| 26. -Dollar General Corp | A | Dividend | K | T | | | | | |
| 27. -Duke Energy Corp | A | Dividend | K | T | | | | | |
| 28. - Ford Motor Company | A | Dividend | J | T | | | | | |
| 29. -Phillip Morris Intl Inc | A | Dividend | K | T | | | | | |
| 30. -Royal Dutch Shell | A | Dividend | K | T | | | | | |
| 31. -Whole Foods Market, Inc | A | Dividend | | | Sold | 08/28/17 | J | A | |
| 32. TRUSTMARK CERTIFICATE OF DEPOSIT-SA | A | Interest | J | T | | | | | |
| 33. BANCORPSOUTH CHECKING AC | A | Interest | J | T | | | | | |
| 34. SOUTHERN FARM BUREAU | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Travelers common stock | A | Dividend | K | T | | | | | |
| 36. COMMUNITY SPIRIT-DRUG STORE RENTALS-CD | C | Interest | L | T | | | | | |
| 37. RICHARDSON DEV CO ACCOUNT RECEIVABLE | A | Interest | L | T | | | | | |
| 38. FEDERAL LAND BANK | A | Interest | | | Redeemed | 12/31/17 | J | A | |
| 39. COMMUNITY SPIRIT MONEY MARKET | A | Interest | J | T | | | | | |
| 40. TREMONT DEV CO | C | Distribution | | | Redeemed | 12/31/17 | J | D | |
| 41. PROPERTY 3, Itawamba Co, MS | A | Rent | L | W | | | | | |
| 42. PROPERTY 4, Itawamba Co. MS | E | Rent | M | W | | | | | |
| 43. PROPERTY 2, Itawamba Co, MS | A | Rent | M | W | | | | | |
| 44. FARM, TREMONT, MS | | None | M | W | | | | | |
| 45. LOT IN TUPELO, MS | | None | K | W | | | | | |
| 46. PROPERTY, TREMONT, MS | A | Rent | J | W | | | | | |
| 47. LOT, FULTON, MS | | None | J | W | | | | | |
| 48. FARM, BALDWYN, MS | B | Rent | M | W | | | | | |
| 49. T'mark CD/Jefferson Pilot Life, Trust 3 | C | Int./Div. | N | T | | | | | |
| 50. TRUSTMARK SAVINGS A/C-DHJ/SA | A | Interest | K | T | | | | | |
| 51. SHOP/OFFICE BUILDING, Fulton, Itawamba, MS | A | Rent | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage Account #2 | | | | | | | | | |
| 53. -Edward Jones Money Market-SA | A | Interest | J | T | | | | | |
| 54. -American Balanced Fund, American Funds-SA | D | Dividend | M | T | Buy (add'l) | 03/01/17 | K | | |
| 55. -Capital Incme Builder Fund CL A, American Funds | B | Dividend | L | T | | | | | |
| 56. -Income Fund of America CL A, American Funds | B | Dividend | L | T | | | | | |
| 57. -MS DEV BK SPL OBLG SOUTHHAVEN WTR SWR SYS PROJECT | | Interest | | | Redeemed | 03/01/17 | L | | |
| 58. -Tax Exempt Bond Fund of America CL A, American Funds | A | Int./Div. | K | T | Buy | 03/01/17 | K | | |
| 59. IRA #2 | | | | | | | | | |
| 60. -Capital Income Builders, American Funds | C | Dividend | L | T | | | | | |
| 61. -Income Fund of America, American Funds | B | Dividend | L | T | | | | | |
| 62. -Capital World G & I Income Fund, American Funds | A | Dividend | K | T | | | | | |
| 63. -New Perspective Fund, American Funds | A | Dividend | K | T | | | | | |
| 64. -Growth Fund of America-SA | A | Dividend | L | T | | | | | |
| 65. -Investment Company of America | B | Dividend | L | T | | | | | |
| 66. 401K Plan | | | | | | | | | |
| 67. -Janus Enterprise N Small Cap Growth | A | Dividend | K | T | | | | | |
| 68. -Vanguard Inst Index Plus | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 07/31/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -ABF Lg Cap Val Inst | D | Dividend | M | T | | | | | |
| 70. -NB Genesis-R6 (formerly NB Genesis - Inst CL) | D | Dividend | M | T | | | | | |
| 71. -FID Puritan K | D | Dividend | M | T | | | | | |
| 72. Trustmark CD-MRH-SA Land Account | A | Interest | K | T | | | | | |
| 73. Trust # 3 - Harp Irrevocable Trust Account, Trustmark Bank | A | Interest | J | T | | | | | |
| 74. Brokerage account #3 - Monthly Ret ac | | | | | | | | | |
| 75. -American Balanced Fund | A | Dividend | K | T | | | | | |
| 76. -EdwardJones money market | A | Interest | K | T | | | | | |
| 77. -New Perspective Fund Cl-A | A | Dividend | K | T | | | | | |
| 78. First M & F Corporation | A | Dividend | J | T | | | | | |
| 79. Renasant Corporation | B | Interest | K | T | | | | | |
| 80. Residential lot, Fulton, MS | | None | K | R | | | | | |
| 81. Property #5, Lee County, MS | D | Rent | N | R | | | | | |
| 82. Property #6, Itawamba County, MS | | None | K | R | | | | | |
| 83. Property #7, Itawamba County, MS | B | Rent | L | R | | | | | |
| 84. Property #8, Fulton, MS 12/1/17 $42,000 | A | Rent | K | R | Buy | 12/01/17 | K | | |
| 85. Property #9, Starkville, MS 3/8/17 $250,000 | | None | N | R | Buy | 03/08/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 07/31/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Lines 7-12
SIMPLE IRA (Oppenheimer Funds) rebalanced to various funds in prior years. This report describes fund names and balances that are current amounts. The prior year report had not reported these funds. Each fund indvididually is less than $1,000. However, the SIMPLE IRA account is over the $1,000 threshhold in the aggregate.

Part I. Line 1
Position of co-trustee is listed. Assets are included in Part VII.

Line 80 in Part VII was purchased for $15,000 on June 14, 2014

Line 81 in Part VII includes purchase price and improvements of $293,802 with the improvements in April 2015.

Line 82 in Part VII was purchased for $18,000 in December 2015.

Line 83 in Part VII was purchased for $50,000 in August 2016,

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion | 07/31/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharion Aycock**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544